the witnesses to overturn the judgment of the court which did.

The judgment is affirmed.

Affirmed.

SCHWARTZ and SULLIVAN, JJ., concur.

People of the State of Illinois, Plaintiff-Appellee, v. James Dorsey, a/k/a James Doresy, Defendant-Appellant.

Gen. No. 51,286. (Abstract of Decision.)

First District, Third Division.

January 11, 1968.

Gerald W. Getty, Public Defender of Cook County, of Chicago (James J. Doherty and Frederick F. Cohn, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James A. Stamos, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE SULLIVAN. **Not to be published in full.**